**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED
NOV 1 9 2026
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**

**INDICTMENT NO.** 5:26CR136.KKC.MAS
**18 U.S.C. § 922(g)(1)**

**SEANTEL W. WATSON**

* * * * *

**THE GRAND JURY CHARGES:**

On or about July 22, 2026, in Scott County, in the Eastern District of Kentucky,

**SEANTEL W. WATSON,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely, a Springfield Armory, Model XDS, .45 caliber pistol bearing serial number S3350233, that was in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the offense alleged in this Indictment, **SEANTEL W. WATSON** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. § 922. Any and all interest that **SEANTEL W. WATSON** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARM AND AMMUNITION:**

a. Springfield Armory, Model XDS, .45 caliber pistol bearing serial number S3350233, and

b. Assorted ammunition.

**A TRUE BILL**

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**AUBREY M. GIROUARD**
**ASSISTANT UNITED STATES ATTORNEY**

**PENALTY**

Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture.